SMITH, Respondent, v. EXCELSIOR BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Charles Smith against the Excelsior Brewing Company.

PER CURIAM. Motion granted, on condition that the defendant perfect its appeal, place

the case on the present calendar for Monday, April 21, 1913, and be ready for argument when reached; otherwise motion denied, with $10 costs. See, also, 154 App. Div. 899, 139 N. Y. Supp. 1145; 141 N. Y. Supp. 1147.